# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2025

*The Court of Appeals hereby passes the following order:*

## A26I0032. TERESA MOORE v. GRAND PRIX ATLANTA LLC.

Teresa Moore, the tenant in this dispossessory proceeding, sought superior court review of a dispossessory judgment issued by the magistrate court. On June 2, 2025, the superior court issued an order dismissing Moore's petition for review.  On July 28, 2025, Moore filed an appeal which was docketed in the Supreme Court of Georgia as an application for interlocutory review. The Supreme Court transferred the application here. Case No. S25I1479 (Aug. 20, 2025). We lack jurisdiction for two reasons.

First, to the extent that Moore was required to comply with the interlocutory appeal procedures, she has failed to do so. Specifically, a party seeking interlocutory review must obtain a certificate of immediate review from the trial court, but the record here contains no such certificate, which is a jurisdictional defect. See OCGA § 5-6-34 (b); *Eidson v. Crouch*, 337 Ga. App. 542, 543 (788 SE2d 129) (2016).

Second, even if this case was final and Moore was not required to comply with the interlocutory appeal procedures, her application is untimely. An application for discretionary review — which is required in order to seek appellate review of a superior court decision reviewing a magistrate court judgment — generally may be filed within 30 days of entry of the order sought to be appealed. See OCGA § 5-6-35 (a) (1), (d). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Under OCGA § 44-7-56 (b) (1), appeals and applications for discretionary review in dispossessory

actions must be filed within seven days of the date the order was entered. *Stubbs v. Local Homes*, 375 Ga. App. 513, 514-516 (915 SE2d 91) (2025). Moore's application is untimely, as it was filed 56 days after entry of the superior court order she seeks to appeal.

For the foregoing reasons, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/16/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*